JAMES LEONARD BROWN, ESQ. (SBN: 40702)
THE LAW OFFICE OF JAMES L. BROWN
5900 Wilshire Blvd., Suite 2645
Los Angeles, CA  90036
Telephone: (213) 251-2332
Facsimile: (213) 607-1456

LANESHA L. SIMS, ESQ. (FLORIDA SBN 30604)
*Admitted PHV*
GARY, WILLIAMS, PARENTI, WATSON & GARY, P.L.
221 E. Osceola Street
Stuart, FL  34994
Telephone: (772) 283-8260
Facsimile: (772) 463-1766

Attorneys for Plaintiff
TERRANCE S. HAYNIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HAYNIE,<br><br>             Plaintiff,<br><br>    vs.<br><br>UNITED AIR LINES, INC.;<br>CONTINENTAL AIRLINES, INC.; and<br>DOES 1-10,<br><br>             Defendant. | CASE NO. 4:15-CV-00467-VC<br><br>[~~PROPOSED~~] **ORDER PURSUANT TO STIPULATION TO CHANGE TIME FOR CASE MANAGEMENT STATEMENT AND CASE MANAGEMENT CONFERENCE** |

Case No. 4:15-cv-00467-VC

[PROPOSED] ORDER PURSUANT TO
STIPULATION TO CHANGE TIME

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BEFORE THE COURT is the Joint Stipulation to change the time for the case management statement and case management conference in the matter of Terrance S. Haynie v. United Air Lines, Inc., Case Number C 15-00467.  PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Order Scheduling Case Management Conference (Doc. 139) as to Plaintiff Haynie, Case Number C 15-00467 is hereby vacated.
2. The Case Management Conference in Case Number C 15-00467 is hereby set as March 31, 2015, at 10:00 a.m.                                              .

Dated this __17th__ day of March, 2015.

_____
JUDGE VINCE CHHABRIA

Case No. 4:15-cv-00467-VC

-1-

[PROPOSED] ORDER PURSUANT TO STIPULATION TO CHANGE TIME