1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TERRANCE S. HAYNIE, | CASE NO. 3:15-CV-00467-VC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER TO HAVE APRIL 9, 2015 CASE MANAGEMENT CONFERENCE RECORDED** |
| vs. | AS MODIFIED |
| UNITED AIR LINES, INC.; CONTINENTAL AIRLINES, INC.; and DOES 1-10, | Judge:    Hon. Vince Chhabria |
| Defendants. | Complaint filed:     May 29, 2012<br>FAC filed:              July 20, 2012<br>SAC filed:              November 30, 2012<br>TAC filed:              May 20, 2013<br>Corrected TAC filed:  June 21, 2013<br>4AC filed:              January 3, 2014<br>5AC filed:              March 2, 2015 |

1  *Related cases*:
Johnson, Eldridge v. United Airlines, Inc. et al. 3:12-CV-02370-VC
2  Ecung, Mario v. United Airlines, Inc. et al. 3:15-cv-00456 VC
Miller, Leon v. United Airlines, Inc. et al. 3:15-cv-00457 VC
3  Palmer, Xavier v. United Airlines, Inc. et al. 3:15-cv-00458 VC
Montgomery, United Airlines, Inc. et al. 3:15-cv-00459 VC
4  Gadson, Annette v. United Airlines, Inc. et al. 4:15-cv-00460 VC
Noble, Paul C. v. United Airlines, Inc. et al. 3:15-cv-00461 VC
5  Jones Jr., Johnnie E. v. United Airlines, Inc. et al. 3:15-cv-00462 VC
Robinson, Frederick v. United Airlines, Inc. et al. 4:15-cv-00463 VC
6  Roane, Glen v. United Airlines, Inc. et al. 3:15-cv-00464 VC
Ricketts, David v. United Airlines, Inc. et al. 3:15-cv-00465 VC
7  Tom, Lester v. United Airlines, Inc. et al. 3:15-cv-00466 VC
Crocker, Sal v. United Airlines, Inc. et al. 3:15-cv-00468 VC
8  Manswell, Anthony v. United Airlines, Inc. et al. 3:15-cv-00469 VC
Minter, Karl v. United Airlines, Inc. et al. 3:15-cv-00470 VC
9  Washington, Erwin v. United Airlines, Inc. et al. 4:15-cv-00471 VC
Wilson, Darryl v. United Airlines, Inc. et al. 3:15-cv-00472 VC
10 Sherman, Leo v. United Airlines, Inc. et al. 3:15-cv-00473 VC
Haney, Ken v. United Airlines, Inc. et al. 3:15-cv-00474 VC
11 John, Richard v. United Airlines, Inc. et al. 3:15-cv-00475 VC
Briscoe, Odie v. United Airlines, Inc. et al. 3:15-cv-00476 VC
12 Hartsfield, Terrence v. United Airlines, Inc. et al. 3:15-cv-00477 VC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Having considered the papers and all pleadings on file and good cause appearing
2  therefore, IT IS HEREBY ORDERED that the Stipulation To Have April 9, 2015 Case
3  Management Conference Recorded is GRANTED, as follows:

4      XX    The Court will provide FTR recording services to record the Case Management
5               Conference scheduled for April 9, 2015 at 10:00 a.m.
6               All proceedings in this case will be recorded.

7  IT IS SO ORDERED.

10  Dated: April 9, 2015

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Vince Chhabria]*

Case No. 3:15-CV-00467-VC     -2-     [PROPOSED] ORDER TO HAVE 4/9/15 CMC RECORDED