Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Terrance S. Haynie )
)  Case No: 3:15-cv-00467-Y
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
United Air Lines, Inc. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Willie E. Gary, Esq., an active member in good standing of the bar of S.D. Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Terrance S. Haynie, Plaintiff in the above-entitled action. My local co-counsel in this case is James Leonard Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 221 SE Osceola Street<br>Stuart, FL  34994 | 5900 Wilshire Boulevard, Suite 2645<br>Los Angeles, CA  90036 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (772) 283-8260 | (213) 251-2332 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| weg@williegary.com | jameslbrownlaw@yahoo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 187843.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/08/15                                                      Willie E. Gary, Esq.
                                                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Willie E. Gary, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 8, 2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                              *October 2012*



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida )

County of Leon )

In Re: 187843
Willie E. Gary
Gary Williams Lewis & Watson, P.L.
221 S.E. Osceola St.
Stuart, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 20, 1974.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 4th day of March, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/LK/ssT1:R10